UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRAIG PEDEN,

                              Plaintiff,

        v.

CATHOLIC CHARITIES,

                              Defendant.

CASE NO. 2:17-cv-1610-RSM

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

        Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**.  Plaintiff

may proceed without prepayment of costs or fees or the necessity of giving security therefore.

        The Clerk is directed to send a copy of this Order to plaintiff.

        DATED this 30th day of October, 2017.


                                        _____
                                        BRIAN A. TSUCHIDA
                                        United States Magistrate Judge